

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
07/20/2015

IN RE:  
Joel Christian Jensen

CASE NO. 10–30723  
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*81* – Motion to Deposit Funds into Court Registry. Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 6,200.58  
        Owed to: NATIONAL COLLEGIATE TRUST

Signed and Entered on Docket: 7/20/15.

                                by: <u>Kristy Love</u>  
                                       Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.